| Submit this form by e-mail to: | |
|---|---|
| CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty. | FILED |
| CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty. | |
| CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty. | 2024 FEB 14 AM 9:39 |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: TV

| UNITED STATES OF AMERICA | | CASE NUMBER: |
|---|---|---|
| V. | PLAINTIFF | 2:24-MJ-00811-DUTY |
| MOUSTAPHA, Moustapha | | REPORT COMMENCING CRIMINAL ACTION |
| USMS# | DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on February 12, 2024 at 10:00 ☐ AM ☒ PM
   or
   The defendant was arrested in the Central District of California on 2/12/2024 at 10:00 ☐ AM ☒ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   21 U.S.C. 841(a) (1) Possession with the intent to distribute controlled substances

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes Language:

7. Year of Birth: 1980

8. Defendant has retained counsel: ☐ No
   ☒ Yes  Name:  Phone Number:

9. Name of Pretrial Services Officer notified:

10. Remarks (if any): Resisting arrest as assault on law enforcement Officers

11. Name: Brent Pickard  (please print)

12. Office Phone Number: 8084798317

13. Agency: DEA

14. Signature: [signed] B+ P___

15. Date: 02/14/2024

CR-64 (09/20)           REPORT COMMENCING CRIMINAL ACTION